**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

CASE NO.: CV 11-10089 SJO (AGRx)     DATE: February 27, 2012

TITLE:     Jesse Fregoso v. Wells Fargo Dealer Services, Inc., et al.

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| Victor Paul Cruz | Margarita Lopez |
| Courtroom Clerk | Court Recorder |

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Stephanie Tatar                          Clark Garen

========================================================================
PROCEEDINGS: SCHEDULING CONFERENCE - Fed. R. Civ. P. 26(f)

The Court is advised that Plaintiff will move for entry of default as to Defendant Wilshirecredit Corp. The Court sets the following dates:

| | | |
|---|---|---|
| Discovery Cut-Off | Monday, August 20, 2012 | |
| Motion Hearing Cut-Off (must be filed 28 days prior) | Monday, October 1, 2012 | at 10:00 a.m. |
| Pretrial Conference | Tuesday, November 13, 2012 | at 9:00 a.m. |
| JuryTrial Date | Tuesday, November 20, 2012 | at 9:00 a.m. |
| Settlement Conference | ADR | |

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are obligated under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

The Court advises counsel that all pretrial documents must be filed in compliance with the Court's Initial Standing Order, including but not limited to:
1. All Jury Instructions, agreed and opposed;
2. Verdict Forms;
3. Proposed Voir Dire Questions;
4. Joint Statement of Case;
5. Witness List, listing each witness and time estimates for direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine must comply with Local Rule 7 and will be heard the first day of trial;
10. Exhibits must be properly labeled, tagged, and in binders.